IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVIE A. ROMES**                                                                                       **PLAINTIFF**

**v.**                            **Case No. 4:20-cv-01211-LPR**

**MEDLINE INDUSTRIES, INC.**                                            **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 21st day of January, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE